WOLLMUTH MAHER & DEUTSCH LLP
One Gateway Center, Ninth Floor
Newark, New Jersey 07102
(973) 733-9200
PD-9779
JL 6065
Proposed Attorneys for Susanne Malmstrom
Debtor and Debtor-In-Possession

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In re: | Case No. |
|---|---|
| SUSANNE MALMSTROM, | Chapter 11 |
| Debtor and Debtor-in-Possession. | |

**List of Creditors Holding 20 Largest Unsecured Claims**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Arch Personal Care Products L.P.<br>70 Tyler Place<br>South Plainfield, NJ 07080<br>Tel: 800-561-5201<br>Fax: 908-561-9174 | Kelley Drye & Warren LLP<br>200 Kimball Drive<br>Parsippany, New Jersey 07054<br>Attn: Barbara E. Hoey, Esq.<br>Tel: 973-503-5900<br>Fax: 973-503-5950 | Lawsuit | Disputed | $6,600,000.00 |
| Milano Brothers<br>P.O. Box 1694<br>Brick, NJ 08723<br>732-920-3159 | Milano Brothers<br>P.O. Box 1694<br>Brick, NJ 08723<br>732-920-3159 | Construction Contract | | $100,000.00 |

**In re Susanne Malmstrom**  
　　　　Debtor

Case No. 04-_____

### FORM 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| The Rumson Country Day School<br>35 Bellevue Avenue<br>Rumson, New Jersey 07760 | The Rumson Country Day School<br>35 Bellevue Avenue<br>Rumson, New Jersey 07760<br>Phone: 732-842-0527<br>Fax: 732-758-6528 | Tuition Contract | | $40,000.00 |
| Eastern Landscape Assoc. Inc.<br>50 Vanderveer Road<br>Freehold, NJ 07728<br>732-625-8018 | Eastern Landscape Assoc. Inc.<br>50 Vanderveer Road<br>Freehold, NJ 07728<br>732-625-8018 | Landscaping | | $25,000.00 |
| Navasink Marina<br>1410 Ocean Avenue<br>Sea Bright, NJ 07760<br>732-642-3700 | Navasink Marina<br>1410 Ocean Avenue<br>Sea Bright, NJ 07760<br>732-642-3700 | Boat Service Contract | | $5,000.00 |
| Riverview Medical Center<br>One Riverview Plaza<br>Red Bank, NJ 07701<br>Tel: (732) 741-2700<br>Fax: (732) 224-8408 | Riverview Medical Center<br>One Riverview Plaza<br>Red Bank, NJ 07701<br>Tel: (732) 741-2700<br>Fax: (732) 224-8408 | Hospital Bill | Disputed | $2,000.00 |
| Cavanaugh's, Inc.<br>60 Jerseyville Avenue<br>Freehold, NJ 07728 | Cavanaugh's, Inc.<br>60 Jerseyville Avenue<br>Freehold, NJ 07728 | Service Contract | Service Contract | $1,530.00 |
| Car/Home Insurance<br>Demonaco Agency<br>314 Kings Highway<br>Brooklyn, NY 11223 | Car/Home Insurance<br>Demonaco Agency<br>314 Kings Highway<br>Brooklyn, NY 11223 | Insurance Contract | | $1,400.00 |
| JCP&L<br>Po Box 15152<br>Reading, PA 19612-5152 | JCP&L<br>Po Box 15152<br>Reading, PA 19612-5152 | Utilities | | $600.00 |
| Verizon Wireless<br>P.O. Box 17120<br>Tuscon, AZ 85731-7120 | Verizon Wireless<br>P.O. Box 17120<br>Tuscon, AZ 85731-7120 | Service Contract | | $600.00 |
| Colts Neck Pharmacy<br>P.O. Box 490<br>Colts Neck, NJ 07722<br>732-780-5480 | Colts Neck Pharmacy<br>P.O. Box 490<br>Colts Neck, NJ 07722<br>732-780-5480 | Prescription Bills | | $500.00 |

**In re Susanne Malmstrom**  
Debtor

Case No. 04-_____

## FORM 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Personal Touch Cleaners<br>110 C Brighton Avenue<br>Long Branch, NJ 07740 | Personal Touch Cleaners<br>110 C Brighton Avenue<br>Long Branch, NJ 07740 | Dry Cleaner Bill | | $200.00 |
| Verizon-1766<br>P.O. Box 4830<br>Trenton, NJ 08650-4830<br>800-427-9977 | Verizon-1766<br>P.O. Box 4830<br>Trenton, NJ 08650-4830<br>800-427-9977 | Service Contract | | $250.00 |
| Cablevision<br>150 Crossways Park Drive<br>Woodbury, NY 11797<br>732-780-4868 | Cablevision<br>150 Crossways Park Drive<br>Woodbury, NY 11797<br>732-780-4868 | Utilities | | $150.00 |
| Direct TV<br>P0 Box 830032<br>Baltimore, MD 21283-0032<br>800-531-5000 | Direct TV<br>P0 Box 830032<br>Baltimore, MD 21283-0032<br>800-531-5000 | Service Contract | | $150.00 |
| Marpal Disposal<br>P.O. Box 186<br>Lincroft, NJ 07738<br>732-542-2348 | Marpal Disposal<br>P.O. Box 186<br>Lincroft, NJ 07738<br>732-542-2348 | Service Contract | | $100.00 |
| Watchung Water Companies<br>1900 Swarthmore Avenue<br>Lakewood, NJ 08701<br>800-624-0081 | Watchung Water Companies<br>1900 Swarthmore Avenue<br>Lakewood, NJ 08701<br>800-624-0081 | Service Contract | | $60.00 |
| Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047<br>Attn: Thomas Campion, Esq.<br>Tel: 973-360-1100<br>Fax: 973-360-9831 | Legal Fees | Disputed<br>Contingent<br>Unliquidated | $0.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF AN INDIVIDUAL

I, Susanne Malmstrom, declare under penalty of perjury that I have read the foregoing list of Creditors Holding Twenty Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: March //, 2004

Signature _Susanne Malmstrom_
Susanne Malmstrom