Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  04–19262–JP
                        Chapter:  11
                        Judge:  Joel Pisano

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Susanne Malmstrom
  1 Bluebell Road
  Colts Neck, NJ 07722

Social Security No.:
  xxx–xx–2162

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joshua L. Markowitz is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is Dismiss .


Dated: <u>January 31, 2006</u>          <u>Joel Pisano</u>
                                        Judge, United States Bankruptcy Court